UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY MICHAEL JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1003** |
| **TIMOTHY HOOPER, WARDEN** | **SECTION: "I"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Troy Michael Jackson, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Troy Michael Jackson is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of February, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**